[No. 40779-1-I.  Division One.  May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN D'ANDREA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00023-1, Steven J. Mura, J., entered May 15, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Webster, JJ.

[No. 40813-5-I.  Division One.  May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. T.E.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-05688-1, Nicole MacInnes, J., entered June 5, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Coleman, J. Now published at 91 Wn. App. 908.

[No. 40935-2-I.  Division One.  May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILFORD ARMSTEAD, *Defendant*, EMMETT LYONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06837-0, Norma Smith Huggins, J., entered September 10, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41028-8-I.  Division One.  May 18, 1998.]

FEDERAL WAY DEPARTMENT OF PUBLIC SAFETY, *Appellant*, v. 1996 TOYOTA, *Defendant*, ROGER E. MCVEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-07242-5, Ann Schindler, J., entered July 11, 1997. *Reversed* by unpublished per curiam opinion.